

# NUMBER 13-22-00077-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

NEIL GUAJARDO,                                                      Appellant,

v.

BARBARA A. GUAJARDO,                                               Appellee.

---

### On appeal from the 24th District Court of Victoria County, Texas.

---

## ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

The case is before the Court on appellant's opposed motion to abate appeal. Appellant requests the matter be abated until July 5, 2022, to allow the parties the opportunity to participate in settlement negotiations. Appellee is not opposed to continuing settlement negotiations, but she is opposed to the abatement.

The Court, having examined and fully considered the documents on file and the opposed motion, is of the opinion that the opposed motion should be granted. The motion is granted, and this matter abated. Accordingly, appellant is ordered to file, on or before July 5, 2022, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
17th day of June, 2022.